**Exhibit A to the Complaint**

**Location:** Queens, NY  **IP Address:** 74.108.3.106
**Total Works Infringed:** 35  **ISP:** Verizon Fios

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 1 | Info Hash: 80494AFA4036C921B131676C3D1A61F5DE378231<br>File Hash: 85424ED7263189BB726B267E8436C95A6813BF8FA9C33CFAB19E35095E7FBBC4 | 05/22/2024 05:41:57 | Blacked | 04/10/2019 | 05/11/2019 | PA0002173883 |
| 2 | Info Hash: 3301F19621C5B30F59962EC6E2706AE6E4AC4138<br>File Hash: 08DBD67A6638C184A34B2C956A764EB43AE293CD92AEE0B98AB4425C19811C8F | 05/22/2024 05:41:08 | Vixen | 12/15/2023 | 01/16/2024 | PA0002449514 |
| 3 | Info Hash: FEED4D62F14EFED62FAD941167FB225618248803<br>File Hash: A44E37EF51CBEBFE3A95C17EBC952A887FCC9C72E3BF56564D142E7DE148C43B | 01/25/2024 07:17:57 | Blacked | 09/26/2020 | 10/22/2020 | PA0002261801 |
| 4 | Info Hash: CD0FC6D0CF0E74AB4F9EC7E040A643F817371ED8<br>File Hash: 1D1A051022FA6495A5E2560DC7CA73C077E13E71C2B2B1FDD7A6F0E21FC6BECD | 01/25/2024 03:04:16 | Vixen | 04/17/2020 | 04/22/2020 | PA0002237694 |
| 5 | Info Hash: 5E3EE3C04A734916F44384558A7B5A5CD86D22A9<br>File Hash: 662626198753F06CE5869D75C00627A6BDF01C532494F46913512AB350149ED1 | 01/25/2024 03:04:13 | Blacked | 09/29/2021 | 11/11/2021 | PA0002321302 |
| 6 | Info Hash: AF5F5B8A0CBE4517D8B9094382053364793E0B07<br>File Hash: F25027B6FF0C778172A1070478CD96421152D6B461643F984130226FC0ED6185 | 01/25/2024 03:03:48 | Tushy | 02/21/2021 | 03/08/2021 | PA0002280370 |
| 7 | Info Hash: 0C8388582CFD60CC603F2BDE9ECFFC92C92CE477<br>File Hash: EF09BC8CAFFAF01725C8B863B611C30C4A6008AA52DF6D8518D4111B184CFCFF | 01/25/2024 00:00:15 | Vixen | 02/13/2019 | 03/11/2019 | PA0002158413 |
| 8 | Info Hash: 0AC3673BD1184171FAFC8A774DD73B446C8CC027<br>File Hash: 36C21F040A8E2E0CCA84A87088CB2A878858CCD1E1668367F2CAD9EC7ABBE01D | 01/24/2024 16:23:44 | Vixen | 08/17/2018 | 09/01/2018 | PA0002119582 |
| 9 | Info Hash: 8BD19BA9C7FBCD6A466EE9FF62CD790F19FA99B3<br>File Hash: F8E97927A7C1DA7B5FEEB647485146C01ED5AB5721996F10E5660449AE238BE6 | 01/24/2024 16:03:54 | Vixen | 07/18/2019 | 09/10/2019 | PA0002199410 |
| 10 | Info Hash: 4E7DFF171A00C11BE84F46F61C2CC78E6AEC8E12<br>File Hash: B35EFC4A2B1448DE15C62BB25E7689F4E7DE669966EBD7EAF29A52BE27B67B26 | 01/24/2024 15:35:27 | Tushy | 09/13/2019 | 10/07/2019 | PA0002205470 |
| 11 | Info Hash: 30D70C226A35C5DE9B33252A6680D8DDF9EE3BD2<br>File Hash: 1DDA551BAA385F0AF7BE42AF49C5670DD2ACEE69C64EC9B08C03AE890550CE3B | 01/24/2024 07:16:13 | Tushy | 04/21/2019 | 06/03/2019 | PA0002178776 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 12 | Info Hash: E0C2F64ECFD6DB1EB77F02C9FBA5C1778743591E<br>File Hash: 16387FCB67B53075DB09FBD0DB8786666FF5A244271D1C3E87E825762F7D392A | 01/24/2024 07:05:36 | Blacked | 04/15/2018 | 05/23/2018 | PA0002101306 |
| 13 | Info Hash: 75A353D79EC4B06347D0AD1935D3F3D242B8A70C<br>File Hash: 6F67DB138AEA067313D743B5DE624E3218F0C0A3BA98F12C6FA44D04FF31F9BA | 01/24/2024 06:43:58 | Vixen | 12/25/2019 | 01/03/2020 | PA0002219640 |
| 14 | Info Hash: 4D128566D34AA1EC74C662CC23A00DBFD03A56E5<br>File Hash: DD310F56DE594622150223897919F94B177A071C38203F879C910627A7F18DC9 | 01/17/2024 03:00:16 | Blacked Raw | 09/07/2020 | 09/29/2020 | PA0002258685 |
| 15 | Info Hash: DC2A2BD2C90C75281336A0D6F9D1CD418D3C05C6<br>File Hash: 4F05C0B1FDC3713F95E7C4762CF4B6D11849B0C9E86F3A4C2F47812A5E6FE369 | 11/21/2023 01:08:35 | Blacked | 03/01/2018 | 04/12/2018 | PA0002091580 |
| 16 | Info Hash: 14C05DD49CADBA8851E1E30C645E9C5B4DDE3F90<br>File Hash: 7BA85222B0DC256CD081071B2B77A6309B1DBD7D354CD544211B6C2E19F47D9E | 11/21/2023 01:07:56 | Vixen | 02/28/2019 | 03/31/2019 | PA0002163973 |
| 17 | Info Hash: F48982B218944561DEEB6E6DF91643EAA651F81C<br>File Hash: C2384F17B57B26E73547FE9D79BC85FFB78339EA0EF150BA933E209EFE5260E2 | 11/20/2023 22:04:11 | Vixen | 03/25/2018 | 04/17/2018 | PA0002116726 |
| 18 | Info Hash: B038E50CE96EA99AC02E1BCF051643E7314A3667<br>File Hash: 72EAA4CC3AC4AF5B8AA2AD7BE38FAEC63017FABD2E62BA4876A94B5E05131F37 | 11/20/2023 22:01:35 | Blacked | 09/12/2018 | 11/01/2018 | PA0002143426 |
| 19 | Info Hash: D16C10C03A150B1FD33994405C9BF38BE44E8B6B<br>File Hash: 890F83A1155C8ED9AF529771390297DFC1FBB265E77757CCA9E2C9146F95EF2B | 11/05/2023 01:58:48 | Tushy | 09/24/2023 | 10/18/2023 | PA0002435287 |
| 20 | Info Hash: D2165938B440EAB9C88042AE9F509FBA4B5B1B4E<br>File Hash: 6C80984A282303EE318199CF3410AC008DA8BBE01902FB499233F2D02A6C406B | 07/06/2023 01:27:35 | Slayed | 01/31/2023 | 04/13/2023 | PA0002407764 |
| 21 | Info Hash: 20F98AA363FC9CC578965E17A543FD3DCA924924<br>File Hash: CC2EE70477EF030356F659CA6CC97395CA94E21D9136F1AF101261C3E4CCF27F | 05/28/2023 05:16:33 | Slayed | 09/06/2022 | 09/22/2022 | PA0002378458 |
| 22 | Info Hash: F32615CF72189CDD69E6151E4903AC651D3A7063<br>File Hash: 6891E3B37E52096A272BBC88EDD1A35D8021ED2711AB1A0858FAA335BDE45B8A | 04/27/2023 23:09:03 | Blacked Raw | 07/04/2022 | 07/22/2022 | PA0002359466 |
| 23 | Info Hash: 15A55EBB3FD06FE9F9067812A0D0168440813B70<br>File Hash: 4AAF11148C0E2CDFA98BABEEC2740D453CACED2CE62079EAE8D18A0C5E2E4BD7 | 04/27/2023 22:55:29 | Blacked Raw | 10/21/2022 | 10/31/2022 | PA0002377818 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 24 | Info Hash: 3305FC3A91E5218C673AA99E94ACCE56925E4D8A<br>File Hash: B71D6D984E002E155C9C4AA18737F64BACD84FCB4569C4B91AF3FD5E2735E245 | 04/27/2023 21:54:25 | Slayed | 07/19/2022 | 08/10/2022 | PA0002370906 |
| 25 | Info Hash: 09AFE374F48E58ECE25293F3B5711A5DBCDB5AA5<br>File Hash: 2A57DBD438CF6BADA6CE7D67CD1B58E280447802214022FAD6BE99E748FABE9F | 04/27/2023 21:46:06 | Slayed | 03/28/2023 | 06/09/2023 | PA0002415741 |
| 26 | Info Hash: E487AEAF023F000FA0480422191EA7DFF77E00FB<br>File Hash: AEDD21CC7A3E4701C1F3B23E0A5882C51BC45309D48DD1CD664C8F846FD123BC | 04/27/2023 21:45:55 | Vixen | 01/28/2022 | 03/04/2022 | PA0002345791 |
| 27 | Info Hash: 2D80D6E659AEBC1C055D76199363C6D3A6E17EC4<br>File Hash: 0467C7C351660CCEAB39C5655AA1FAD4C19C70A18BF857CEFF8F4E8451F67A4B | 04/27/2023 21:44:09 | Slayed | 10/14/2021 | 11/01/2021 | PA0002326407 |
| 28 | Info Hash: FB6BFDAF067A4E9827953805F1B89552A265C958<br>File Hash: 3D513F243A66F2EFE95E19AA48EAC9B190B0D3CC43E382A3278179EC7114E513 | 04/27/2023 21:35:52 | Vixen | 02/10/2023 | 03/08/2023 | PA0002400313 |
| 29 | Info Hash: 7226757B46D7B4F0CDB9323574DFA7303A311143<br>File Hash: 3F65B49F299B32660A623D4D74D344AE0472C2685F7787B4F2F28FB99C254381 | 04/27/2023 14:46:07 | Blacked Raw | 06/06/2022 | 06/27/2022 | PA0002355038 |
| 30 | Info Hash: 325F62B1401C64FBF74E4D62EA5CC37C4EE21EE3<br>File Hash: 7DAFB7DD631F4D273B79FE0B16997499AD7B8EA18FF6ACA8E0ED66F4494C2B48 | 04/27/2023 07:13:08 | Slayed | 09/27/2022 | 11/27/2022 | PA0002388300 |
| 31 | Info Hash: 2050D0595CE5CE49BF58E05FCFC07D94B3518567<br>File Hash: 68A380690E0D86D2B8C273C6DEAD56A98F5A34ED49D5E163E28FEB8F48A16271 | 04/27/2023 07:09:02 | Blacked | 07/16/2022 | 07/22/2022 | PA0002359474 |
| 32 | Info Hash: CFC3B1A901EC19A0CD5390426E4AE773EB486A67<br>File Hash: 7D2F8E31C2C6A3EC39D9A5FD3C1785D6A4AD35D50BB9A84BE61BD594721FDD22 | 04/27/2023 07:01:37 | Blacked Raw | 12/10/2022 | 01/10/2023 | PA0002389572 |
| 33 | Info Hash: D323B4EC16C8CD83752B6A5E4B65DEED95346FA2<br>File Hash: 32BB57E161FF42FDD49E28DBBB43994CDD455364EEA844B2396E47DDB7E46DA2 | 04/27/2023 07:01:06 | Vixen | 05/06/2022 | 05/20/2022 | PA0002350383 |
| 34 | Info Hash: 5B3077C160BA3582630AD259484DFC305BDEB60B<br>File Hash: 18B36582A648ED0D8A39159D76E215F6850D2FF07F887938E4471CDA8D3098DD | 04/27/2023 06:54:59 | Vixen | 01/06/2023 | 01/27/2023 | PA0002393080 |
| 35 | Info Hash: 33DEBFD16F53996E2A3BD27C4BB5E609F0943E54<br>File Hash: 1A5D9A40E8EA252B70883140ECA5844D396D908269D4AE083966CF481D46B7EC | 04/27/2023 06:54:49 | Blacked | 11/19/2022 | 12/11/2022 | PA0002384693 |